**Motion granted; Abatement Order filed August 4, 2016.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00430-CV

———————

## IN THE MATTER OF THE MARRIAGE OF CLIFFORD LAYNE HARRISON AND CONNIE V. HARRISON

---

**On Appeal from the 311th District Court
Harris County, Texas
Trial Court Cause No. 2006-68864**

---

## ABATEMENT ORDER

On July 14, 2016, appellee Clifford Layne Harrison filed a motion to abate proceedings pending the Texas Supreme Court's resolution of his related petition for writ of mandamus. Because the issues raised in appellee's petition for writ of mandamus are directly related to this court's treatment of the instant appeal, the motion is granted. Accordingly, we issue the following order.

The court **ORDERS** the appellate timetable in this case suspended for **90 days** from the date of this order.

The appeal is **ABATED**, treated as a closed case, and removed from this

court's active docket for a period of ninety days. The appeal will be reinstated on this court's active docket after ninety days. Any party may file a motion stating grounds for reinstating the appeal before the end of the ninety-day period.


PER CURIAM